UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>(1) SHAQUILLE LEE and,<br>(2) KHARY JONES<br><br>Defendants | Criminal No. 21cr10230<br><br>Violations:<br><br>Counts One and Two: Felon in Possession of a Firearm and Ammunition<br>(18 U.S.C. § 922(g)(1))<br><br>Firearm Forfeiture Allegation:<br>(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)) |

## INDICTMENT

### COUNT ONE
Felon in Possession of a Firearm and Ammunition
(18 U.S.C. § 922(g)(1))

The Grand Jury charges:

On or about April 23, 2021, in Everett, in the District of Massachusetts, the defendant,

SHAQUILLE LEE,

knowing that he was previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm and ammunition, that is, a Glock, Model 23, .40 caliber pistol, with serial number VMK390, and thirty-one rounds of .40 caliber ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

1

## COUNT TWO
Felon in Possession of a Firearm and Ammunition
(18 U.S.C. § 922(g)(1))

The Grand Jury further charges:

On or about April 23, 2021, in Everett, in the District of Massachusetts, the defendant,

KHARY JONES,

knowing that he was previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm and ammunition, that is, a Rock Island Amory, Model 1911A1, .45 caliber pistol, serial number RIA1479483, and one round of .45 caliber ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

## FIREARM FORFEITURE ALLEGATION
(18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c))

The Grand Jury further finds:

1. Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g)(1), set forth in Counts One and Two, the defendants,

> (1) SHAQUILLE LEE and,
> (2) KHARY JONES,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing commission of the offense. The property to be forfeited includes, but is not limited to, the following:

   a. a Glock, Model 23, .40 caliber pistol, with serial number VMK390, seized on April 23, 2021, at Everett, MA;

   b. thirty-one rounds of .40 caliber ammunition, seized on April 23, 2021 at Everett, MA;

   c. a .40 caliber firearm magazine, capable of holding thirty rounds of ammunition, seized on April 23, 2021 at Everett, MA;

   d. a Rock Island Amory, Model 1911A1, .45 caliber pistol, serial number RIA1479483, seized on April 23, 2021 at Everett, MA; and

   e. one round of .45 caliber ammunition, seized on April 23, 2021 at Everett, MA.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant --

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

  All pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461.

A TRUE BILL

_____
FOREPERSON

_____
JOHN T. DAWLEY, JR.
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: JULY 28, 2021
Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

7/28/2021 @ 2:43pm