UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No: 21-cr-10230-RGS |
| | ) | |
| SHAQUILLE LEE | ) | |
| and KHARY JONES, | ) | |
| | ) | |
| Defendants. | ) | |

## **JOINT INTERIM STATUS REPORT**

Pursuant to Local Rule 116.5(b), the parties hereby file the following status report prepared in connection with the status conference scheduled for October 18, 2021. In light of the information set forth below, the parties request that the hearing be cancelled.

(1)     Automatic Discovery/Pending Discovery Requests

The Government has provided automatic discovery. The parties have had informal discussions regarding additional discovery, including drug analysis, which will be provided upon receipt.

(2)     Additional Discovery

The Government does not anticipate providing any additional discovery at this time in the absence of a particularized request.

(3)     Timing of Additional Discovery Requests

The parties will have a clearer sense of the timing of additional requests following an update on the drug analysis.

(4)     Protective Orders

No protective orders are anticipated by the parties.

(5)   Pretrial Motions

The defendant has not yet determined whether he will file any pretrial motions under Fed. R. Crim. P. 12(b), and reserves the right to do so in accordance with a pretrial scheduling order.

(6)   Expert Discovery

The Government agrees to provide any expert witness disclosures 21 days prior to trial. The Defendant agrees to provide any expert witness disclosures 14 days prior to trial.

(7)   Defenses of Insanity, Public Authority, or Alibi

The defendants do not intend to raise a defense of insanity, public authority, or alibi.

(8)   Speedy Trial Act

All of the time has been excluded from the defendants' initial appearance/arraignment through the date of the status conference scheduled for October 18, 2021. The parties request that the time be excluded until the final status conference.

(9)   Status of Plea Negotiations & Likelihood of Trial

The parties have engaged in initial discussions regarding the potential resolution of the case, including the possibility of a global resolution with state charges. If the case were to proceed to trial, the parties estimate that it can be tried in one week.

(10)  Scheduling of Further or Final Status Conference

The parties request that the case be scheduled for a further status conference.

Respectfully submitted,

NATHANIEL R. MENDELL
United States Attorney

/s/ Gordon Spencer, Esq.          By:   /s/ John T. Dawley, Jr.
Attorney for Shaquille Lee              Assistant U.S. Attorney

/s/ Joshua Hanye, Esq.
Attorney for Khary Jones

Dated: October 15, 2021

# **CERTIFICATE OF SERVICE**

      This is to certify that I have this day served a copy of the foregoing upon all counsel of record by electronic filing notice.

                                             By:    /s/ John T. Dawley, Jr.
                                                         Assistant U.S. Attorney


Dated: October 15, 2021